# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oxholm, Maria L. | U. S. Bankruptcy Court, E.D. Michigan | 01/23/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

211 W. Fort Street
Suite 1800
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | William Booth Legal Aid Clinic |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 01/23/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Pension, Wayne County |
| 2. | 2017 | Employment, Wayne County Prosecutor's Office |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Michigan State | Tuition Agreements | None |
| 2. | University of Michigan | Tuition Agreements | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 01/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dividend Reinvestment: | | | | | | | | | |
| 2. ABX | A | Int./Div. | J | T | | | | | |
| 3. BAX | A | Int./Div. | J | T | | | | | |
| 4. GE | A | Int./Div. | J | T | | | | | |
| 5. IBM | A | Int./Div. | J | T | | | | | |
| 6. BP | A | Int./Div. | J | T | | | | | |
| 7. PFE (donated 1/10/18) | A | Int./Div. | J | T | | | | | |
| 8. Shire PLC ADS | A | Int./Div. | J | T | | | | | |
| 9. Prudential Guaranteed Income Fund Benchmark (Wayne Cnty-mlo) | B | Int./Div. | M | T | | | | | |
| 10. VOYA Financial #1 (SOM-mlo) | | | | | | | | | |
| 11. 457 Plan American Fund Euro Pacific | D | Int./Div. | M | T | | | | | |
| 12. 401K Plan:Black Rock Gov Short Term Fund | B | Int./Div. | N | T | | | | | |
| 13. Voya Financial #2 457 Plan:(Wayne Cnty Deferred mlo) | | | | | | | | | |
| 14. Fixed Account 457/401 cash | A | Int./Div. | M | T | | | | | |
| 15. JP Morgan Large Cap Growth Fund | A | Int./Div. | J | T | | | | | |
| 16. Voya Financial #3: pgb | | | | | | | | | |
| 17. Fixed Account 457/401 | B | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 01/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mass Mutual Financial Grp: 457 FICA Alt.Ret.Plan (deferred inc pgb) | | | | | | | | | |
| 19. Mass Mutual Cash-stable value-SF guaranteed | A | Int./Div. | J | T | | | | | |
| 20. Columbia Select Interntnl. Equity Fund-Z (vjb) | A | Int./Div. | K | T | | | | | |
| 21. American Funds: American Mutual Fund(AMRMX) (Morgan Stan--cgb) | A | Int./Div. | J | T | | | | | |
| 22. American Funds: New Perspective Fund-ANWPX (Morg Stanley--cgb) | | None | J | T | | | | | |
| 23. Ameritrade IRA: | | | | | | | | | |
| 24. ADM | A | Int./Div. | J | T | | | | | |
| 25. BAC | | None | | | Sold | 01/04/17 | J | B | |
| 26. CCJ | A | Int./Div. | J | T | Buy | 01/09/17 | J | | |
| 27. GE | A | Int./Div. | J | T | | | | | |
| 28. LYG | A | Int./Div. | J | T | Buy | 01/09/17 | J | | |
| 29. Public Service Credit Union:5 accounts | | None | K | T | | | | | |
| 30. Bank of America checking acct | | None | J | W | | | | | |
| 31. U of M Credit Union | | None | J | T | | | | | |
| 32. Michigan Educational Trust | D | Distribution | J | W | | | | | |
| 33. Morgan Stanley Roth IRA:(pgb) | | | | | | | | | |
| 34. GE | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 01/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LYG | A | Int./Div. | J | T | | | | | |
| 36. NOK | A | Int./Div. | J | T | | | | | |
| 37. PREKF(Y) | | | | | | | | | |
| 38. CWGIX | A | Int./Div. | K | T | | | | | |
| 39. AIVSX | A | Int./Div. | J | T | | | | | |
| 40. AMRMX | A | Int./Div. | J | T | | | | | |
| 41. PRTNX | A | Int./Div. | J | T | | | | | |
| 42. Morgan Stanley Account: | | | | | | | | | |
| 43. AA | A | Int./Div. | | | Sold | 05/19/17 | J | A | |
| 44. AIVSX | A | Int./Div. | J | T | | | | | |
| 45. ARNC | A | Int./Div. | J | T | | | | | |
| 46. ADM | B | Int./Div. | K | T | | | | | |
| 47. CC | A | Int./Div. | | | Sold | 11/15/17 | J | B | |
| 48. CNQ | A | Int./Div. | J | T | | | | | |
| 49. ECA | A | Int./Div. | | | Sold | 12/08/17 | K | A | |
| 50. MT | A | Int./Div. | | | Sold | 12/08/17 | K | A | |
| 51. NAT | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 01/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NSC | B | Int./Div. | | | Sold | 12/08/17 | L | E | |
| 53. POT(now NTR) | A | Int./Div. | K | T | | | | | |
| 54. SU | A | Int./Div. | J | T | | | | | |
| 55. TCK(correct symbol TECK) | A | Int./Div. | J | T | | | | | |
| 56. UNP | A | Int./Div. | | | Sold | 12/08/17 | K | D | |
| 57. MOS | A | Int./Div. | J | T | | | | | |
| 58. CCJ | A | Int./Div. | J | T | | | | | |
| 59. CAIBX | A | Int./Div. | J | T | | | | | |
| 60. CWGIX | B | Int./Div. | K | T | | | | | |
| 61. AMRMX | D | Int./Div. | M | T | | | | | |
| 62. FLTDX | A | Int./Div. | | | Sold | 05/19/17 | J | A | |
| 63. FMITX | A | Dividend | J | T | Buy | 05/19/17 | J | | |
| 64. TESIX | A | Int./Div. | J | T | | | | | |
| 65. Grand Rapids/Kent County Municipal Bond | A | Int./Div. | J | T | Buy | 07/14/17 | J | | |
| 66. Farmers New World Life Ins.(whole) | | None | J | U | | | | | |
| 67. Invesco Charter Fund (Y) | | | | | | | | | |
| 68. Invesco American Franchise A(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 01/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley: Cash Account | A | Int./Div. | M | T | | | | | |
| 70. Ameriprise Account #1(JNT) | | | | | | | | | |
| 71. ADM | A | Int./Div. | K | T | | | | | |
| 72. BHP | A | Int./Div. | J | T | | | | | |
| 73. BP | A | Int./Div. | J | T | | | | | |
| 74. CF | A | Int./Div. | K | T | | | | | |
| 75. CSX | A | Int./Div. | J | T | Sold (part) | 02/15/17 | J | D | |
| 76. | | | | | Sold (part) | 05/18/17 | J | B | |
| 77. CVS | A | Int./Div. | J | T | Buy | 05/18/17 | K | | |
| 78. CX | | None | J | T | Sold (part) | 05/17/17 | J | A | |
| 79. EMR | A | Int./Div. | K | T | | | | | |
| 80. FLR | A | Int./Div. | K | T | | | | | |
| 81. XOM | A | Int./Div. | K | T | | | | | |
| 82. GE | A | Int./Div. | K | T | | | | | |
| 83. GSK | B | Int./Div. | K | T | | | | | |
| 84. HP | A | Int./Div. | J | T | Buy (add'l) | 04/27/17 | J | | |
| 85. KO | A | Int./Div. | J | T | Buy | 12/15/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 01/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 86. MOS | A | Int./Div. | J | T | | | | | |
| 87. NSC | A | Int./Div. | K | T | | | | | |
| 88. SNY | A | Int./Div. | J | T | | | | | |
| 89. TRP | A | Int./Div. | J | T | | | | | |
| 90. Ameriprise Account #2 (cgb) | | | | | | | | | |
| 91. CLF | A | Int./Div. | J | T | | | | | |
| 92. Ameriprise Roth IRA #1(cgb) | | | | | | | | | |
| 93. BAC | A | Int./Div. | J | T | | | | | |
| 94. POT/NTR | A | Int./Div. | J | T | | | | | |
| 95. Ameriprise Roth IRA #2(mlo) | | | | | | | | | |
| 96. ADM | A | Int./Div. | J | T | | | | | |
| 97. CCJ | A | Int./Div. | J | T | Buy | 10/30/17 | J | | |
| 98. KO | A | Int./Div. | | | Sold | 10/30/17 | J | A | |
| 99. LYG | A | Int./Div. | | | Sold | 08/02/17 | J | A | |
| 100. Ameriprise Roth IRA#3:(pgb) | | | | | | | | | |
| 101. ADM | A | Int./Div. | K | T | | | | | |
| 102. AZN | A | Int./Div. | | | Buy | 01/04/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 01/23/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 05/18/17 | J | A | |
| 104. | | | | | Sold | 06/30/17 | J | A | |
| 105. CVS | | None | J | T | Buy | 12/04/17 | J | | |
| 106. | | | | | Sold (part) | 12/12/17 | J | A | |
| 107. GE | A | Int./Div. | K | T | Buy | 02/10/17 | J | | |
| 108. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 109. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 110. | | | | | Buy (add'l) | 08/02/17 | J | | |
| 111. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 112. FLR | A | Int./Div. | J | T | Buy | 05/11/17 | J | | |
| 113. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 114. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 115. | | | | | Sold (part) | 12/12/17 | J | A | |
| 116. HP | A | Int./Div. | J | T | Buy | 05/11/17 | J | | |
| 117. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 118. | | | | | Buy (add'l) | 08/02/17 | J | | |
| 119. | | | | | Buy (add'l) | 08/08/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 01/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/12/17 | J | A | |
| 121. INT | | None | J | T | Buy | 09/28/17 | J | | |
| 122. POT | A | Int./Div. | | | Sold | 02/10/17 | J | A | |
| 123. RDS-A | A | Int./Div. | K | T | | | | | |
| 124. SNY | A | Int./Div. | | | Sold (part) | 05/11/17 | J | A | |
| 125. | | | | | Sold | 08/02/17 | J | A | |
| 126. UNP | A | Int./Div. | | | Sold | 12/04/17 | J | D | |
| 127. EMR | A | Int./Div. | J | T | Sold (part) | 08/08/17 | J | A | |
| 128. WFT | | None | | | Sold | 01/04/17 | J | A | |
| 129. ABB | A | Int./Div. | | | Sold (part) | 04/21/17 | J | A | |
| 130. | | | | | Sold | 05/11/17 | J | A | |
| 131. CF | A | Int./Div. | | | Sold (part) | 01/04/17 | J | B | |
| 132. | | | | | Buy | 04/21/17 | J | | |
| 133. | | | | | Sold | 09/18/17 | J | B | |
| 134. CCJ | A | Int./Div. | | | Buy | 01/04/17 | J | | |
| 135. | | | | | Sold | 04/21/17 | J | A | |
| 136. American Century Investments IRA:(pgb) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 01/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TWGGX | A | Int./Div. | K | T | | | | | |
| 138. BGEIX | | None | J | T | | | | | |
| 139. BEQGX | A | Int./Div. | J | T | | | | | |
| 140. American Century Investment Account #2 : TWGGX (cgb--Morgan Stan) | A | Int./Div. | K | T | | | | | |
| 141. Ottawa Cty Municipal Bond | A | Int./Div. | | | Buy | 04/19/17 | J | | |
| 142. | | | | | Redeemed | 08/01/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 01/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 12--Formerly 401K Plan: State Street Cash Series Treasuries
Line 21--of prior report, American Century Investments:TWGGX, is removed as this item was a duplicate line item to Line 139.
Line --Bnnk of America(BAC) is a checking account, not stock.
Line 41--of prior report, TESIX, is removed as it was a required distribution that was transferred into the TESIX at Line 63.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Maria L. Oxholm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544